UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Orlando Division

Third

## CIVIL RIGHTS COMPLAINT FORM

Tyrone Jerome Peterson

_____

_____

(Enter full name of each Plaintiff and prison number, if applicable)

v.

Marcel Caron

Troy Tiegs

_____

_____

(Enter full name of each Defendant. If additional space is required, use the blank area directly to the right).

CASE NUMBER: 6:10-cv-109-ORL (Amended)
(To be supplied by Clerk's Office)

FILED
2011 FEB 14 PM 1:49
US DISTRICT COURT
MIDDLE DISTRICT OF FL
ORLANDO FLORIDA

FILED
Date 3/2/11    Time

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

### ANSWER ALL OF THE FOLLOWING QUESTIONS:

I. **PLACE OF PRESENT CONFINEMENT:** Taylor Correctional Institution
(Indicate the name and location)

8515 Hampton Springs Rd. Perry, Fla. 32348

II. **DOES YOUR COMPLAINT CONCERN EVENTS IN A STATE PRISON FACILITY WITHIN THE FLORIDA DEPARTMENT OF CORRECTIONS?** Yes ( )  No (✓)

[If your answer is YES, after reviewing the exhaustion requirements, answer the following questions]

DC 225 (Rev. 9/03)

1

**EXHAUSTION OF ADMINISTRATIVE REMEDIES**: Pursuant to the Prison Litigation Reform Act or 1995, Title VIII, Section 803 Amendments to Civil Rights of Institutionalized Persons Act, exhaustion of administrative remedies is required in any action brought with respect to prison conditions under 42 U.S.C. § 1983, or any other federal law, by a prisoner confined in any jail, prison, or other correctional facility. Any required grievances, appeals, and responses must be submitted to the Court to verify exhaustion. (If your Complaint concerns conditions at state prison facilities, you must answer the following questions in Section II of this form. If the Complaint concerns conditions at a county jail or local correctional facility, you must complete Section III of this form.)

**EXHAUSTION STEPS ORDINARILY REQUIRED FOR COMPLAINTS ABOUT CONDITIONS AT STATE PRISON FACILITIES:**

General Grievance

1. Informal Grievance (Form DC3-005)
2. Formal Grievance (Form DC1-303)
3. Appeal to the Office of Secretary (Form DC1-303)

Other Grievance

Inmates are not required to utilize the informal Grievance process in the case of an emergency grievance, a grievance of reprisal, a grievance of a sensitive nature, a grievance alleging violation of the Americans with Disabilities Act, a medical grievance, a grievance involving admissible reading material, a grievance involving gain time governed by rule 33-11.0065 Incentive Gain Time, or a grievance involving disciplinary action (does not include corrective consultations) governed by chapter 33-22. The grievance steps are set forth in Fla. Admin. Code Chapter 33-29.

Questions:

A. **Emergency Grievance, Grievance of Reprisal, or Grievance of a Sensitive Nature, Grievance Alleging Violation of the American with Disabilities Act, Medical Grievance, Grievance, Grievance Involving Admissible Reading Material, Grievance Involving Gain Time Governed by Rule 33-11.0065 Incentive Gain Time, or Grievance Involving Disciplinary Action Governed by Chapter 33-22** (Request for Administrative Remedy or Appeal, bypassing the informal grievance step).

   1. Did you submit an above-mentioned grievance to the Superintendent and/or to the office of Secretary (Form DC1-303)? Yes ( ) No (✓)

   2. If so, you must attach a copy of the grievance and response to this Complaint form.

   3. Were you denied emergency status? Yes ( ) No (✓)

      a. If so, did you go through the informal grievance, formal grievance and appeal process? Yes ( ) No (✓)

      b. If so, you must attach copies of the grievance/appeals and responses to this Complaint form.

B. **Informal Grievance** (Request for Interview)

DC 225 (Rev. 9/03)         2

1. Did you submit an informal grievance (Form DC3-005)? Yes ( ) No (✓)

2. If so, you must attach a copy of the grievance and response to this Complaint form.

C. <u>Formal Grievance</u> (Request for Administrative Remedy or Appeal)

1. Did you have a disciplinary hearing concerning this matter? Yes ( ) No (✓)

2. If so, you must attach a copy of the disciplinary report and disciplinary committee's findings and decision to this Complaint form.

3. Did you submit a formal grievance (Form DC1-303)? Yes ( ) No (✓)

4. If so, you must attach a copy of the grievance and response to this Complaint form.

D. <u>Appeal to the Office of the Secretary</u> (Request for Administrative Remedy or Appeal)

1. Did you submit an appeal to the Office of the Secretary (Form DC1-303)? Yes ( ) No (✓)

2. If so, you must attach a copy of the appeal and response to this Complaint form.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.

Signed this ___31___ day of ___January___, 2_011_.

_____
Signature of Plaintiff

III. <u>DOES YOUR COMPLAINT CONCERN EVENTS IN A COUNTY JAIL OR LOCAL FACILITY?</u> Yes ( ) No (✓)

If your answer is YES, answer the following questions.

A. Is there a grievance procedure at your institution or jail? Yes ( ) No (✓)

B. Did you present the facts relating to your Complaint in the grievance procedure? Yes ( ) No (✓)

C. If your answer is YES:

   1. What steps did you take? _____
   _____

   2. What were the results? _____
   _____

   3. To demonstrate exhaustion, you must submit copies of all relevant grievances/appeals and responses.

D. If your answer is NO, explain why not: _____
_____


**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING ANSWERS TO THE QUESTIONS IN THIS SECTION ARE TRUE AND CORRECT.**

Signed this __31__ day of __January__, 2 _011_.

_____
Signature of Plaintiff

DC 225 (Rev. 9/03)                                  4

IV. **PREVIOUS LAWSUITS:**

    A. Have you initiated other lawsuits in <u>state</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( ) No (✓)

    B. Have you initiated other lawsuits in <u>federal</u> <u>court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?
Yes ( ) No (✓)

    C. If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

        1. Parties to previous lawsuit:

           Plaintiff(s): _____

           _____

           Defendant(s): _____

           _____

        2. Court (if federal court, name the district; if state court, name the county):

           _____

        3. Docket Number: _____

        4. Name of judge: _____

        5. Briefly describe the facts and basis of the lawsuit: _____

           _____

           _____

        6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

           _____

           _____

        7. Approximate filing date: _____

        8. Approximate disposition date: _____

    D. Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so, identify theses suits below by providing the case number, the style, and the disposition of each case:

_____

_____

_____

_____

_____

_____

V.   **PARTIES**: In part A of this section, indicate your <u>full name</u> in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A. Name of Plaintiff: Tyrone Jerome Peterson

Mailing address: Taylor Correctional Institution 8515 Hampton Springs Rd. Perry, Fla. 32348

B. Additional Plaintiffs: _____

_____

_____

In part C of this section, indicate the <u>full name</u> of the first named Defendant. Also, fill in his or her mailing address, position, and where he or she is employed. For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C. Defendant: Marcel Caron

Mailing Address: P.O. Box 1440 Orlando, Fla. 32809

Position: Master Deputy

Employed at: Orange County Sherriff

D. Defendant: Troy Tiegs

Mailing Address: P.O. Box 1440 Orlando, Fla. 32809

Position: Cpl.

Employed at: Orange County Sherriff

DC 225 (Rev. 9/03)                    6

E.  Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

F.  Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

G.  Defendant: _____

   Mailing Address: _____

   _____

   Position: _____

   Employed at: _____

VI.  **STATEMENT OF CLAIM**: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.

~~this violated the~~

The Defendant's in this case violated the Plaintiffs 4th and 14th Amend. U.S. Const. right by using excessive and deadly force to arrest the Plaintiff who—

VII. **STATEMENT OF FACTS**: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1. Name and position of person(s) involved.
2. Date(s).
3. Place(s).
4. Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5. Nature and extent of injury (*i.e.*, physical injury or how you were harmed by the acts of the defendant(s)).

On Febuary 1, 2009 I had returned back to Crestwood suites where me and my stepson had been staying located on presidents Dr. While backing into a parking space located on the northside of the land I was confronted by two unmarked vehicals that attempted to block me in. Unknowing and unarmed I attempted to flee by placing my still running car into reverse, but due to the curb and the

was unarmed and fleeing from the scene and posed no threat to the police officers lives. Moreover, the Defendant's violated Federal law as determined by the Supreme Court of the United States, that the police cannot use deadly force to prevent the arrestee from escaping from being arrested for an alleged crime. Who is unarmed and fleeing and poses no threat to the officers lives.

**Statement of Facts, continued:**

hedges behind me I was unsuccessful so I placed the car into drive turn the wheel all the way to the left and proceeded to pull off pulling away from the officers standing on the driverside of his vehical to my right. As I pull away from the passengeside of his truck officer Caron now standing to the rear driverside of his truck and Tiegs to the rear of my vehical both almost simulitanously start firing shots into my vehical, Caron hit me in the left inner thigh and the left inner for arm as he shot through the passenagerside of my vehicle passed my stepson, and Tiegs hit me twice in the back through the back of my vehical. Niether officer showed crudincals and did not Identify their self and I was unarmed and did not pose a threat. Their is surviellance that would help prove my point. Officers in unmmarked car and ~~has~~ no lights or sirens attempted to kill me

VIII. RELIEF REQUESTED: State briefly what you want the Court to do for you. Again, do not make any legal arguments or cite any cases or statutes.

I am requesting pain and suffering, medical assitance, Mental buse and lost wages ($10,000,000.00).

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 31 day of January, 2011.

*Tyrone Peterson*

(Signatures of all Plaintiffs)

## Certificate of service

I Hereby Certify that a true copy of the foregoing has been furnished via United States mail to:

Jeanelle Bronson
901 N. Lake Destiny Rd. Ste-450
P.O. Box 538065
Orlando, Fla. 32853

and

United States District court
Office of the Clerk
401 W. Central Blvd. suite 1200
Orlando, Fla. 32801

by depositing the foregoing paper in the hands of prison officials for mailing to the above Party on this 9th day of Febuary, 2011

Tyrone Peterson X43597
Taylor Correction Inst.
8515 Hampton Springs Rd
Perry, Fla. 32348